IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TEO A JAMISON, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | No. 3:18-cr-00009-CAR-CHW-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## ORDER

Teo A. Jamison has filed a motion for leave to proceed *pro se* (Doc. 68), and retained counsel Mark Yurachek has moved to withdraw (Doc. 75) from representing Jamison during further post-conviction proceedings, including the adjudication of Jamison's pending Section 2255 motion, which Jamison filed *pro se*.

Both Jamison's motion and Mr. Yurachek's motion to withdraw (Docs. 68, 75) are hereby **GRANTED**.

**SO ORDERED**, this 30th day of June, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge