# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| TEO JAMISON, | : | |
| Movant, | : | |
| v. | : | Criminal No. 3:18-CR-9-CAR-CHW-1 |
| UNITED STATES OF AMERICA, | : | Proceeding Under 28 U.S.C. § 2255 |
| Respondent. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to deny Movant Teo Jamison's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Movant has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 86] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 71] is **DENIED**.

1

Movant also filed a Motion to appoint counsel. In his Motion, he asks the Court "to appoint me a Public Defender to review my case." He states, "I know the new Laws that just pas[sed] will help me get back to my family sooner." Movant does not specify the "new laws" to which he refers. Because the Court denies his current Motion pursuant to 28 U.S.C. § 2255, his request for counsel is currently [Doc. 87] **MOOT**. Should Movant seek relief pursuant to the "new laws," he may specify such relief and seek appointment of counsel at that time.

Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 18th day of December, 2023.

                                                  S/ C. Ashley Royal
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT